## No. 7022.

### JULIA A. VENTRESS, EXX., VS. ISAAC D. BROWN ET AL.

In a partition suit all the heirs must be before the court. When, therefore, all having been cited, one of them makes no appearance in the case, and no judgment by default was entered against that one, the judgment must be reversed and the cause remanded.

APPEAL from the Parish Court of Iberville.    COLE, J.

*Barrow & Pope* for Plaintiff.    *A. & E. B. Talbot, Mathews* and *Lauve* for Defendants.

SPENCER, J., delivered the opinion.

## No. 6599.

### A. M. DUNN, ADM., VS. I. J. BIRD, SHFF., ET AL.

The appointment of an administrator by a court, and the sale by him of the property under administration by order of that court, cannot be treated as a nullity and wholly ignored. A party claiming the property thus sold, by virtue of being administrator of another succession, must bring a direct action to annul the previous sale, and make the purchaser at such sale a party.

APPEAL from the District Court for East Baton Rouge.    DEWING, J.

*Herron & Bird* for Plaintiff Appellant.    *J. & G. W. Burgess* for Defendant.

SPENCER, J., delivered the opinion of the court, reversing the judgment of the lower court, and perpetuating the injunction.